STATE v. COLTRANE

No. 459PA82.

Case below: 58 N.C. App. 210.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 21 September 1982.

STATE v. CRAWFORD

No. 479P82.

Case below: 58 N.C. App. 160.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 21 September 1982.

STATE v. CRAWFORD

No. 369P82.

Case below: 57 N.C. App. 371.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. DAVIS

No. 458P82.

Case below: 58 N.C. App. 330.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.

STATE v. EASTERLING

No. 480P82.

Case below: 58 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 September 1982.